UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pardeep KUMAR,<br><br>    Petitioner,<br><br>    v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security; Todd LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; Pam BONDI, Attorney General of the United States; Jaime RIOS, Director, Los Angeles ICE Field Office; and Fereti SEMAIA, Warden, Adelanto ICE Processing Center.<br><br>    Respondents. | No. 2:26-cv-00279-VBF-MAR<br><br>ORDER GRANTING PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>Hon. Judge Valerie Baker Fairbank District Court Judge |

      This matter has come before this Court on Petitioner's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction. The Court has carefully considered all the filings, the arguments of counsel, and the record in this case. The respondents did not file a response brief within the time allotted by court order.

      Petitioner is entitled to a temporary restraining order if he establishes that he is "likely to succeed on the merits, . . . likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001). Absent a showing of likelihood of success on the merits, the Court may still grant a temporary restraining order if Plaintiff raises "serious questions" as to the merits of their claims, the balance of hardships tips "sharply" in their favor, and the remaining equitable factors are satisfied. *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127 (9th Cir. 2011). Further, under the Administrative Procedure Act, to prevent irreparable injury, the Court may issue "all necessary and appropriate process . . . to preserve status or rights pending" these proceedings. 5 U.S.C. § 705.

      Petitioner's Application for Temporary Restraining Order is **GRANTED**.

      Respondents are ordered to immediately release Petitioner from custody (or alternatively that he be provided a bond hearing before an immigration judge within seven days of this order). The Court further orders that Petitioner may not be re-detained absent proper notice of the reasons that form the basis for revocation of parole and that Petitioner is entitled to a bond hearing before immigration judge if DHS revokes parole with proper notice.

1. This Order shall be in effect until further order of the Court.

2. As this Order should not result in any financial damage to Respondents, Petitioner shall not be required to give security. Fed. R. Civ. P. 65(c).

No later than Thursday, January 22, 2026 at 11:59 p.m., respondents SHALL SHOW CAUSE in writing why a preliminary injunction should not issue.

No later than Sunday, January 25, 2026 at 11:59 p.m., petitioner MAY FILE a reply brief.

IT IS SO ORDERED.

Date: January 16, 2026

*Valerie Baker Fairbank*
The Hon. Valerie Baker Fairbank
Senior United States District Judge